UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA ESPERANZA RUIZ POZUELOS, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security et al., <br><br> Defendants. | Case No. 2:22-cv-03298-SB-AFM <br><br> ORDER DISMISSING CASE |

On August 23, 2021, the parties voluntarily dismissed the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. No. 19.  This action is therefore dismissed in its entirely without prejudice.

IT IS SO ORDERED.

Date: August 25, 2022

Hon. Stanley Blumenfeld, Jr.
United States District Judge